

FILED
April 29, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

01-14-00485-CV
COURT OF APPEALS AT AUSTIN
THIRD DISTRICT OF TEXAS

COURT OF APPEALS NO.03-14-00485-CV
TRIAL COURT CASE NO.259,941-C

STYLE: JOHN REED JR. V. FARMERS INS. GROUP ET AL.

## MOTION TO EXTEND TIME TO FILE BRIEF
## PURSUANT TO RULES OF APP. PROC.

RECEIVED
APR 2 9 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Appellant states the Deadline to file the Brief is April 27, 2015 and appellant is requesting to extend that time to file his Brief is (1) one week after the Appeal C lerk receive the Supplement trial court Reporter Record and Clerk Record that was recently requested from the Trial Court. Appellant has previously filed three or four extensions.

Appellant request that this Honorable Court embrace the body of this motion and grant all things.

RESPECTFULLY SUBMITTED

*John Reed Jr.*

JOHN REED JR.
715 SO. 32nd STREET TEMPLE, TEXAS 76501
254 778 2558  cell 254 913 2358

**APPELLANT HAS ATTEMTED TO CONFER THE DEFENDANTS COUNSEL BUT COULD NOT MAKE CONTACT..**

## CERTIFICATE OF SERVICE

iI, john Reed Jr. hereby certify that a true and correct copy of the foregoing motion is being sent to the Appeals Court Clerk by Certified U. S. Mail return Requested Receipt and faxed to Defendants Counsel on this 24th Day Of April 2015.

Sincerely

*John Reed Jr.*

John Reed JR.

John Reed Jr.
715 S. 32nd St.
Temple, Texas 76501

70L4 2120 0003 187b 3575

RETURN RECEIPT
REQUESTED

Court of Appeals
Third District
Clerk of Court
P.O. Box 12547
Austin, Texas 78711-2547

U.S. POSTAGE
PAID
TEMPLE, TX
76501
APR 27, 15
AMOUNT
$6.49
00109915-10

1000        78711

P.O. Box 12547
Austin, Texas 78711-2547